**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gregory S Thomas** | Social Security number or ITIN   **xxx–xx–9733** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Holly C Thomas** | Social Security number or ITIN   **xxx–xx–8722** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–21318–GLT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory S Thomas

Holly C Thomas

7/10/19

**By the court:**  Gregory L. Taddonio
                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-21318-GLT
Gregory S Thomas                                                      Chapter 7
Holly C Thomas
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 2          Date Rcvd: Jul 10, 2019
                              Form ID: 318         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db/jdb        +Gregory S Thomas,   Holly C Thomas,   102 Washington Drive,   Fayette City, PA 15438-1247
15024550      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
15024554      +Enduracare Orthotic & Prosthetic SVC,   PO Box 58011,   Fayetteville, NC 28305-8011
15024557      +Monongahela Valley Hospital,   1163 Country Club Road,   Monongahela, PA 15063-1095
15024558      +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
15024559      +South Hills Ortho Sur Associates,   2000 Oxford Dr. Suite 211,   Bethel Park, PA 15102-1898
15024566      +UPMC Health Services,   PO Box 371472,   Pittsburgh, PA 15250-7472
15024565      +Uniontown Hospital,   500 W Berkeley Street,   Uniontown, PA 15401-5596


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 02:49:17     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: PRA.COM Jul 11 2019 06:38:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
15024555       EDI: HNDA.COM Jul 11 2019 06:38:00     Honda Financial Services,   PO Box 7829,
                Philadelphia, PA 19101
15024548      +EDI: TSYS2.COM Jul 11 2019 06:38:00     Barclays Bank Delaware,   Attn: Correspondence,
                Po Box 8801,   Wilmington, DE 19899-8801
15024549      +EDI: CHASE.COM Jul 11 2019 06:38:00     Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                Wilmington, DE 19850-5298
15024551      +EDI: CITICORP.COM Jul 11 2019 06:38:00     Citicards Cbna,   Citi Bank,   Po Box 6077,
                Sioux Falls, SD 57117-6077
15024552      +EDI: RCSFNBMARIN.COM Jul 11 2019 06:38:00     Credit One Bank,   Po Box 98872,
                Las Vegas, NV 89193-8872
15024553       EDI: DISCOVER.COM Jul 11 2019 06:38:00     Discover Financial,   Attn: Bankruptcy Department,
                Po Box 15316,   Wilmington, DE 19850
15024556      +E-mail/Text: bncnotices@becket-lee.com Jul 11 2019 02:48:56     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
15024560      +EDI: RMSC.COM Jul 11 2019 06:38:00     Syncb/Levin Furniture,   C/o Po Box 965036,
                Orlando, FL 32896-0001
15024561      +EDI: RMSC.COM Jul 11 2019 06:38:00     Synchrony Bank,   Attn:  Bankruptcy Dept,
                Po Box 965060,   Orlando, FL 32896-5060
15025193      +EDI: RMSC.COM Jul 11 2019 06:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
15024562      +EDI: RMSC.COM Jul 11 2019 06:38:00     Synchrony Bank/Lowes,   Attn:  Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
15024564       EDI: TFSR.COM Jul 11 2019 06:38:00     Toyota Motor Credit Co,   Toyota Financial Services,
                Po Box 8026,   Cedar Rapids, IA 52408
15024563      +EDI: WTRRNBANK.COM Jul 11 2019 06:38:00     Target,   Attn: Bankruptcy,   Po Box 9475,
                Minneapolis, MN 55440-9475
                                                                                 TOTAL: 15


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC Bank, National Association
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: admin            Page 2 of 2          Date Rcvd: Jul 10, 2019
                              Form ID: 318           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
         Corey J. Sacca    on behalf of Joint Debtor Holly C Thomas csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         Corey J. Sacca    on behalf of Debtor Gregory S Thomas csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
         Karina  Velter    on behalf of Creditor   PNC Bank, National Association amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                                         TOTAL: 6